| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dianne Alexandra Doyley** | Social Security number or ITIN **xxx–xx–3258** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | Date case filed for Chapter **13: 4/19/17** |
| Case number: | **1–17–41871–ess** | |

# NOTICE OF HEARING ON CONFIRMATION

**NOTICE IS HEREBY GIVEN THAT:**

A hearing on confirmation of the proposed Chapter 13 Plan filed by the above–captioned debtor(s) will be held before the Honorable Elizabeth S. Stong , United States Bankruptcy Judge, on **July 17, 2017 at 09:30 AM** at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

Enclosed is a copy of the debtor(s) proposed Chapter 13 Plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: April 20, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 02/01/17]