Case 1-17-41871-ess    Doc 2-3    Filed 04/19/17    Entered 04/19/17 15:31:22

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 4/20/2017 |
| Case: 1−17−41871−ess | Form ID: pdf008 | Total: 30 |

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
tr          Marianne DeRosa         Derosa@ch13mdr.com
aty         Anna Deknatel         adeknatel@bka.org

                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Dianne Alexandra Doyley         1502 East 55th Street         Brooklyn, NY 11234
smg         Office of the United States Trustee         Eastern District of NY (Brooklyn Office)         U.S. Federal Office Building         201 Varick Street, Suite 1006         New York, NY 10014
9003824     Cap1/dbarn         Capital One Retail Srvs/Attn: Bankruptcy         Po Box 30258         Salt Lake City, UT 84130
9003825     Capital One         Attn: General Correspondence/Bankruptcy         Po Box 30285         Salt Lake City, UT 84130
9003826     Cardworks/CW Nexus         Attn: Bankruptcy         Po Box 9201         Old Bethpage, NY 11804
9003827     Chase Card         Attn: Correspondence Dept         Po Box 15298         Wilmington, DE 19850
9003828     Comenity Bank         Attn: Bankruptcy         Po Box 182125         Columbus, OH 43218
9003829     Comenity Bank/Lane Bryant         Attn: Bankruptcy         Po Box 182125         Columbus, OH 43218
9003831     Comenity Bank/OneStopPlus.com         Po Box 182125         Columbus, OH 43218
9003832     Comenity Bank/Torrid         Attn: Bankruptcy         Po Box 182125         Columbus, OH 43218
9003833     Comenity Bank/Victoria Secret         Attn: Bankruptcy         Po Box 182125         Columbus, OH 43218
9003830     Comenity Bank/nwyrk&co         220 W Schrock Rd         Westerville, OH 43081
9003834     Credit One Bank Na         Po Box 98873         Las Vegas, NV 89193
9003835     Ditech         Attn: Bankruptcy         Po Box 6172         Rapid City, SD 57709
9003836     Dsnb Bloomingdales         Attn: Bankruptcy         Po Box 8053         Mason, OH 45040
9003837     GBS International         9450 Sunset Drive         Miami, FL 33173
9003838     Genesis Bankcard Srvs         15220 Nw Greenbrier Pkwy Ste 200         Beaverton, OR 97006
9003839     Internal Revenue Service         P.O. Box 7346         Philadelphia, PA 19101
9003840     Nationstar Mortgage LLC         8950 Cypress Waters Blvd         Coppell, TX 75019
9003841     Navient         Attn: Bankruptcy         Po Box 9500         Wilkes−Barr, PA 18773
9003842     Sylvia Porcha         1502 East 55th Street         Brooklyn, NY 11234
9003843     Sylvia Porcha         1502 East 55th Street         Brooklyn, NY 11234
9003844     Syncb/Lord & Taylor         Attn: Bankruptcy         Po Box 103104         Roswell, GA 30076
9003845     Synchrony Bank/ JC Penneys         Po Box 965007         Orlando, FL 32896
9003846     Synchrony Bank/ Old Navy         Attn: Bankruptcy         Po Box 956060         Orlando, FL 32896
9003847     Synchrony Bank/Lowes         Attn: Bankruptcy         Po Box 956060         Orlando, FL 32896
9003848     Visa Dept Store National Bank/Macy's         Attn: Bankruptcy         Po Box 8053         Mason, OH 45040

                                                                                                TOTAL: 27