UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

IN RE: **Dianne Alexandra Doyley**

Chapter **13**

Case No.:

Debtor(s)

-----------------------------------------------X

STATEMENT PURSUANT TO LOCAL RULE 2017

I, **Anna Deknatel**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **January 15, 2017** | Initial interview, analysis of financial condition, etc. |
| **April 19, 2017** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**0.00**__ .

Dated: **April 19, 2017**

/s/ Anna Deknatel
**Anna Deknatel**
Attorney for debtor(s)
**Brooklyn Legal Services Corporation A**
**260 Broadway**
**Suite 2**
**Brooklyn, NY 11211**
**718-487-2310 Fax:718-487-2310**
**nagwu@bka.org**