**UNITED STATES BANKRUPTCYCOURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------X          Chapter 13
**IN RE:   Dianne Alexandra Doyley**

                                        **Case No.:   17-41858 (NHL)**

             **Debtor.**          **AMENDED CHAPTER 13 PLAN**
----------------------------------------------X

1. The future earnings of the debtor are submitted to the supervision and control of the trustee, and the debtor shall pay to the trustee for a total of __60__ months, the sum of:

   $__310.00__ commencing __May 2017__ through and including __June 2017__ for a period of __2__ months;

   $__710.0__ commencing __July 2017__ through and including __July 2017__ for a period of __12__ months;

   $__2000.00__ commencing __July 2018__ through and including __May 2022__ for a period of __46__ months;

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**Nationstar Mortgage LLC** (mortgage holder) to be paid pre-petition arrears in the sum of **$87,422.42** plus **0**% interest over the life of the plan.

   (c) Subsequent to distribution to secured, priority, and administrative creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 10 % (percent).**

3. The debtor shall make all post-petition payments, including but not limited to **mortgage payments, vehicle payments, student loan payments, real estate taxes and income taxes**, outside the plan.

4. All lease agreements are hereby assumed, unless specifically rejected.

    5. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than 100%</u>, the debtor will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

    6. Title to the debtor property shall revest in the debtor upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor will not incur post-petition debt over $2,000.00 without written consent of the Chapter 13 trustee or the Court.


**/s/ Dianne Alexandra Doyley**
**Dianne Alexandra Doyley**
Debtor

**/s/ Anna Deknatel**
**Anna Deknatel**
Attorney for Debtor


Dated:   **June 5, 2017**