UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                          Case No. 17-41871 (ESS)
                                                          Chapter 13

DIANNE DOYLEY,
                       Debtor.
-----------------------------------------------------------X

## **AFFIDAVIT OF CONTRIBUTION**

I, Leroy Doyley, father of Dianne Doyley, the debtor in the above captioned case, being duly sworn, hereby states:

1. I live with my daughter and wife at the property located at 1502 East 55th Street Brooklyn, NY 11234.
2. I will contribute $1,200 a month to Dianne's Chapter 13 plan.

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan.

                                                          _____
                                                          Leroy Doyley
                                                          1502 East 55th Street
                                                          Brooklyn, NY 11234

Sworn to before me this 30th day of May, 2017

_____
Notary Public

UGOCHUKWUN MARTINS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6246013
Qualified in Kings County
Commission Expires 5/8/19

5/30/17